# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**MAGISTRATE JUDGE: SINGH**
**ESR: Mark J. Morelli**

**June 27, 2023**
**DATE OF PROCEEDINGS**

**TITLE OF CASE:**

**MJ-23-14017 (RLS)**

UNITED STATES OF AMERICA,
    V.
SPENCER CAUDLE

**APPEARANCES:**

Richard Shephard, AUSA for Government
Andrea Bergman, AFPD for Defendant
Robert Hyde, Pretrial Services

**NATURE OF PROCEEDING:** Initial Appearance on Complaint

Initial appearance held.
Hearing on application by defendant for appointment of counsel.
Financial affidavit executed and filed.
Ordered application granted.
Ordered Andrea Bergman, AFPD appointed as counsel.
Defendant advised of his rights, charges and penalties.
Defendant waives formal reading of the complaint.
Waiver of preliminary hearing executed and filed.
All parties consent to detention.
Order of Detention to be entered.
Ordered defendant remanded to the custody of the US Marshals.
Brady Order to be entered.
Order for Continuance executed on the record extending time from 6/27/2023 to 8/28/2023.
Orders to be entered.

TIME COMMENCED:    1:15 p.m.
TIME ADJOURNED:    1:30 p.m.
TOTAL TIME: 15 MINUTES

s/ Mark Morelli
Deputy Clerk