UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. SPENCER CAUDLE             DOCKET NO.: 23-MJ-14017-RLS

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          ( ) Ad Testificandum

1. **Spencer Caudle:** DOB: 08/14/1988, FBI # 5D5CF8PAC (hereinafter the "Detainee") is now confined at:

**OCEAN COUNTY JAIL**
114 Hooper Ave
Toms River, NJ 08753

2. The Detainee is charged in this District by: ( X ) Indictment    ( ) Information    ( ) Complaint with a violation of Title 18, United States Code, Section 2422(b).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at Clarkson S. Fisher Federal Building and United States Courthouse, before the Hon. Michael A. Shipp, U.S.D.J. on **Tuesday, October 1st, 2024 at 11:00 a.m.**, for an Plea Hearing in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

DATED:   September 25, 2024                    */s/   Richard Shephard*
                                               RICHARD G. SHEPHARD
                                               Assistant U.S. Attorney
                                               Petitioner

## ORDER

Let the Writ Issue.

DATED: 9/26/2024

_____
HON. MICHAEL A. SHIPP, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

**OCEAN COUNTY JAIL**
114 Hooper Ave
Toms River, NJ 08753

WE COMMAND YOU that you have the body of

**SPENCER CAUDLE**

now confined at the OCEAN COUNTY JAIL, brought before the United States District Court, the HON. MICHAEL A. SHIPP, U.S.D.J. in the Clarkson S. Fisher Federal Building and United States Courthouse, Trenton, New Jersey, on **October 1st, 2024 at 11:00 a.m.,** for an Plea Hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Michael A. Shipp
United States District Judge
Trenton, New Jersey.

DATED: 9/26/2024

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk